IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT S. HILLARD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV197 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES EMPLOYEES, et al., | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's Motion for Reconsideration (Filing No. 15). In his motion, plaintiff seeks reconsideration of the Court's October 27, 2011, Memorandum Opinion and Order and Judgment which dismissed plaintiff's complaint and denied him leave to proceed in forma pauperis because plaintiff had, on three previous occasions, filed claims which counted as strikes under the "three strikes" provision of 28 U.S.C. § 1915(g) (Filing No. 13). The Court has carefully reviewed plaintiff's motion and finds no good cause for reconsideration of any portion of its previous ruling. Accordingly,

IT IS ORDERED that plaintiff's Motion for Reconsideration (Filing No. 15) is denied.

DATED this 5th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court